Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY MARTINI,<br><br>Plaintiff,<br><br>vs.<br><br>GODADDY.COM INC. and WILD WEST DOMAINS INC.,<br><br>Defendants. | Case No. SACV 08-0799-AG (RNBx)<br><br>**JUDGMENT** |

 The Court having dismissed the Second Amended Complaint without leave to amend, on March 16, 2009; therefore,

 IT IS HEREBY ORDERED, DECREED, AND ADJUDGED that this action is dismissed in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff Anthony Martini shall take nothing and judgment is hereby entered in favor of Defendants GoDaddy.com, Inc. and Wild West Domains, Inc.

Dated: March 18, 2009

Hon. Andrew J. Guilford